CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 26 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:01cr30058-6 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| | ) | By: Samuel G. Wilson |
| JONATHAN JIMENEZ. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Jimenez's motion pursuant to 28 U.S.C. § 2255 (ECF No. 492) is **DISMISSED** without prejudice as successive, and this matter shall be **STRICKEN** from the court's active docket. Further, finding that Jimenez has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**. The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to Jimenez.

**ENTER**: February 25, 2013.

_____
UNITED STATES DISTRICT JUDGE